# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| 2020 A&D, LLC, <br><br>    Plaintiff, <br><br>v. <br><br>ELECTROLUX HOME PRODUCTS, INC., <br><br>    Defendants. | Case No. 2:24-cv-00244 <br><br>**COMPLAINT** |

NOW COMES the Plaintiff, 2020 A&D, LLC, by and through counsel, and for its Complaint against the Defendant, ELECTROLUX HOME PRODUCTS, INC., alleges as follows:

## PARTIES

1. 2020 A&D, LLC (herein referred to as the "A&D") is a limited liability company organized under the laws of the State of Washington with a principal place of business at 2020 NE 89th Street in Seattle, Washington (herein referred to as the "subject property") which consisted of two members, Amir Medawar and Deborah Medawar, who are both citizens of and domiciled in the State of Washington and reside at 6351 163rd Place, SE, Belleview, Washington, 98006.

2. Defendant ELECTROLUX HOME PRODUCTS, INC. (herein referred to as "Electrolux") is a foreign corporation organized under the laws of the State of Delaware with its principal place of business at 10200 David Taylor Drive, Charlotte, NC 28262.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over the controversy pursuant to 28 U.S.C. 1332, because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and complete diversity of citizenship exists amongst the Parties.

4. Venue is property in the United States District Court for the Western District of Washington pursuant to 28 U.S.C. 1391(b)(2) because a substantial part of property that is the subject of this claim is located in this judicial district.

## FACTS

5. On August 8, 2021, A&D purchased an LFTR1821TFA Refrigerator (herein referred to as the "subject refrigerator") manufactured by Electrolux, and later placed into the subject property.

6. Upon information and belief, Electrolux designed, manufactured, and distributed the subject refrigerator.

7. At all times relevant, Electrolux placed its product into the stream of commerce, including the State of Washington.

8. At all times relevant, Electrolux placed the subject refrigerator into the stream of commerce, while it was defective and/or inherently dangerous.

9. Prior to January 1, 2022, A&D placed the subject refrigerator into a vacant unit at the subject property awaiting maintenance.

10. On or about January 1, 2022, a fire occurred in the vacant unit and caused damage to the building and business property located therein, also resulting in significant business income losses.

RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

11. The fire originated at or near the subject refrigerator designed, manufactured, and sold by Electrolux and purchased by A&D.

12. At all times relevant after purchase, the subject refrigerator remained in the same condition and was not altered or changed in any way by A&D.

13. On June 8, 2022, it was determined that the fire was caused by a malfunction, failure, and/or defect of the subject refrigerator.

14. As a result of the fire, A&D incurred significant damage to its real and personal property as well as loss of income, in the amount of $1,254,840.03.

### COUNT I
### Strict Product Liability

15. Plaintiff incorporates the preceding paragraphs as though fully set forth herein.

16. Electrolux designed, manufactured, and sold the subject refrigerator during its ordinary course of business.

17. The subject refrigerator was not altered in any way after delivery to A&D, LLC.

18. At all times relevant when Electrolux placed the subject refrigerator into the stream of commerce, it owed a duty to exercise reasonable care in the design, manufacture, and sale of the subject refrigerator to ensure that the product was safe for its intended use.

19. At all times relevant when Electrolux placed the subject refrigerator into the stream of commerce, it knew or should have known that the subject refrigerator was dangerous and/or defective.

20. Despite these duties, the subject refrigerator was unreasonably dangerous and defective when it was placed into the stream of commerce by Electrolux.

21. As a direct and proximate result of the unreasonably dangerous and defective



Electrolux product and its failure, the subject property and business property located therein were damaged by fire.

22. As a direct and proximate result of the unreasonably dangerous and defective Electrolux product and its failure, the Plaintiffs have been harmed and have incurred the damages claimed herein.

23. WHEREFORE, Plaintiff, A&D, LLC, respectfully requests that this honorable Court enter judgment in its favor and against the Defendant, ELECTROLUX HOME PRODUCTS, INC., in the amount of $1,254,840.03 together with costs, interest and any additional relief this Court deems just and appropriate.

## COUNT II
### Breach of Warranty

24. Plaintiff incorporates by reference the preceding paragraphs as though fully set forth herein.

25. The subject refrigerator was purchased on August 8, 2021.

26. At the time of the purchase, Electrolux guaranteed that the product would be free from defects for a minimum of one year.

27. On October 26, 2021, Electrolux inspected the subject refrigerator and indicated that the compressor may need to be replaced.

28. Electrolux did not recommend unplugging the unit while repairs were scheduled.

29. On December 6, 2021, Electrolux was scheduled to repair the subject refrigerator, but the repair technician did not show up for the appointment.

30. Repairs were rescheduled for January 7, 2022, but the refrigerator caught fire before repairs could commence.



31. After the fire, a claim was submitted to Electrolux for this breach of warranty and Electrolux denied the claim.

32. As a result of Electrolux's breach of its warranty, and failure to make necessary repairs and/or warn Plaintiff to unplug the refrigerator, this fire occurred causing substantial damage to Plaintiff.

33. WHEREFORE, Plaintiff, A&D, LLC, respectfully requests that this honorable Court enter judgment in its favor and against the Defendant, ELECTROLUX HOME PRODUCTS, INC., in the amount of $1,254,840.03 together with costs, interest and any additional relief this Court deems just and appropriate.

## COUNT III
### Negligence

34. Plaintiff incorporates the preceding paragraphs as though fully set forth herein.

35. At all times relevant, when Electrolux placed the subject refrigerator into the stream of commerce, it owed a duty to exercise reasonable care in the design, manufacture, and sale of the subject refrigerator to ensure that the product was safe for its intended use.

36. At all times relevant, when Electrolux provided service for its products, it had an obligation to do so using reasonable care so as to ensure that its products would not cause harm to the end user.

37. Notwithstanding those duties, Electrolux was negligence in one or more of the following ways:

    a. Failed to use reasonable care in the manufacture and design of the subject refrigerator;

    b. Failed to use reasonable care in the maintenance of the subject refrigerator;

    c. Failed to notify Plaintiff of the risks of continued use of the subject refrigerator while repairs were pending;

    d. Failed to timely make repairs after dangerous conditions were discovered in the subject refrigerator and;

    e. Was otherwise careless and or negligent.

38. As a result of one or more of the foregoing negligent acts or omissions, Plaintiff's property caught fire and Plaintiff sustained damages totaling $1,254,840.03.

WHEREFORE, Plaintiff, A&D, LLC, respectfully requests that this honorable Court enter judgment in its favor and against the Defendant, ELECTROLUX HOME PRODUCTS, INC., in the amount of $1,254,840.03 together with costs, interest and any additional relief this Court deems just and appropriate.

Dated this 22nd day of February 2024.

    RIZZO BOSWORTH ERAUT PC

    By:   s/*Claude Bosworth*
    Claude Bosworth, WSBA # 42568
    cbosworth@rizzopc.com
    1300 SW Sixth Ave., Ste. 330
    Portland, OR 97201
    Tel: (503) 229-1819
    Fax: (503) 229-0630

    THOMPSON BRODY & KAPLAN, LLP

    By:/s/ *Matthew S. McLean*
    Matthew McLean (*pro hac vice* pending)
    161 N. Clark St. Suite 3575
    Chicago, IL 60601
    Tel: (312) 374-8879
    Fax: (312) 782-3787

    *Attorneys for Plaintiff 2020 A&D, LLC*

